B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: **Pawnshop Management Company, LLC**  Case No.

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PMC Income Fund Series D, LLC<br>7509 Chapel Avenue<br>Fort Worth, Texas  76116 | mitchmusgrove@hotmail.com | Bond Issue | | $8,449,050.96 |
| PMC Income Fund Series G, LLC<br>c/o Corporate Legal Group, Plc, Registered Agent<br>2161 Palm Beach Lakes Blvd., # 215<br>West Palm Beach, Florida  33409 | mitchmusgrove@hotmail.com | Bond Issue | | $7,510,960.58 |
| PMC Income Fund Series E, LLC<br>c/o Mitch Musgrove, Registered Agent<br>625 N. Flagler Drive, Suite 509<br>West Palm Beach, Florida  33401 | mitchmusgrove@hotmail.com | Bond Issue | | $7,395,643.31 |
| PMC Income Fund Series F, LLC<br>7509 Chapel Avenue<br>Fort Worth, Texas  76116 | mitchmusgrove@hotmail.com | Bond Issue | | $6,649,075.09 |
| PMC Income Fund Series C, LLC<br>c/o Delaware Corporate Services, Inc.<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware  19899 | mitchmusgrove@hotmail.com | Bond Issue | | $2,509,735.09 |
| PMC Income Fund Series H, Inc.<br>c/o Delaware Corporate Services, Inc.<br>1220 N. Market Street, Suite 850<br>Wilmington, Delaware  19801 | mitchmusgrove@hotmail.com | Bond Issue | | $677,059.17 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: Pawnshop Management Company, LLC  Case No.

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PMC Income Fund Series B, LLC<br>c/o Delaware Corporate Services, Inc.<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19899 | mitchmusgrove@hotmail.com | Open Account | | $540,301.83 |
| Southern FL, LLC<br>c/o Johnson, Pope, Bokor, Ruppel & Burns, LLP<br>Post Office Box 1100<br>Tampa, Florida 33601 | joeb@trimaxx.com | Promissory Note | | $116,898.85 |
| Thomas Anderson<br>4755 Chardonnay Drive<br>Coral Springs, Florida 33067 | | Loan | | $53,000.00 |
| Phil Iovino<br>9146 Northwest 21st Street<br>Coral Springs, Florida 33071 | pnjiovfl@bellsouth.net | Open Account | | $53,000.00 |
| Stephen W. Mitchell<br>Post Office Box 310<br>Fort Worth, Texas 76101 | Fax 817.740.8116<br>817.838.9633 | Open Account | | $4,225.00 |
| Purchase Power<br>Post Office Box 371874<br>Pittsburgh, PA 15250 | 800.243.7800 | Open Account | | $485.32 |
| Ambit Energy<br>Post Office Box 660462<br>Dallas, Texas 75266 | Fax - 214.969.5928<br>877.282.6248 | Open Account | | $456.37 |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: **Pawnshop Management Company, LLC**  Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Delaware Corporate Services, Inc.<br>1220 N. Market Street<br>Suite 850<br>Wilmington, Delaware 19801 | Fax 302.655.4620<br>302.482.4262 | Open Account | | $150.00 |
| Peachtree Business Checks & Forms<br>Post Office Box 910<br>Milton, Washington 98354 | 877.233.7781 | Open Account | | $131.69 |
| Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266 | Kelly.wuestenfeld@fedex.com<br>800.448.9961 x | Open Account | | $54.35 |
| City of Fort Worth Alarm Unit<br>1000 Throckmorton<br>Fort Worth, Texas 76102 | | Open Account | | $50.00 |
| Pitney Bowes Global Financial Services<br>Post Office Box 371887<br>Pittsburgh, PA 15250 | 800.732.7222 | Open Account | | $39.94 |
| Internal Revenue Service<br>Special Procedures Staff<br>Mail Code 5020-DAL<br>1100 Commerce St., Room 9B8<br>Dallas, Texas 75242 | | Notice Only | | $0.00 |
| Florida Workforce Commission<br>Agency for Workforce Innovation<br>107 E. Madison Street<br>Tallahassee, Florida 32399-4120 | | Notice Only | | $0.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:   Pawnshop Management Company, LLC                                  Case No.

                                                                            Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/1/11

Signature: *Mitch Musgrove*
**Mitch Musgrove**
**Managing Member**