Joseph F. Postnikoff
State Bar No. 16168320
Amanda B. Hernandez
State Bar No. 24069911
GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411
jpostnikoff@gpalaw.com
ahernandez@gpalaw.com

PROPOSED COUNSEL FOR THE DEBTORS IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PAWNSHOP MANAGEMENT COMPANY, LLC | § § § | Case No. 11-41326-DML-11 |
| | § | In Proceedings Under Chapter 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| IN RE: | § § | |
| PAWNSHOP OPERATING COMPANY, LLC | § § § | Case No. 11-41327-RFN-11 |
| | § | Expedited Hearing Requested |
| Debtor. | | |

**MOTION FOR PRELIMINARY AND CONTINUING
AUTHORITY TO USE CASH COLLATERAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Pawnshop Management Company, LLC and Pawnshop Operating Company, LLC, the Debtors in Possession in the referenced Chapter 11 bankruptcy proceeding (collectively, the "Debtors"), and file this Motion for Preliminary and Continuing Authority to Use Cash Collateral

(the "Motion") and in support thereof would respectfully show unto the Court as follows:

**Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (M) and (O).

**Bankruptcy**

2. Pawnshop Management Company, LLC ("PMC") filed a Voluntary Petition for relief under chapter 11 of the United States Bankruptcy Code on March 1, 2011. PMC has continued to operate as debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108. The United States Trustee has not formed an official committee of unsecured creditors.

3. Pawnshop Operating Company, LLC ("POC"), an affiliate of PMC, filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code on March 1, 2011. POC has continued to operate as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

**Summary of Relief Requested**

4. In this Motion, the Debtors seek authority to use available cash deposits and income generated from post-petition operations, against which the secured creditors assert liens, to fund ongoing expenses of operation.

**Background**

5. PMC and POC are Delaware limited liability companies with five retail and service locations in Florida doing business as Southern Pawn ("Southern Pawn"). PMC and POC assist the non banking public, individuals preferring or required to use cash and/or money orders to manage their financial affairs, by providing short-term secured loans and selling pre-owned merchandise. To that end, PMC and POC regularly hold merchandise deposited by clients in accordance with state

regulations.

6. PMC and POC work jointly sharing the operations and management responsibilities of Southern Pawn. PMC is primarily responsible for the managerial aspects of Southern Pawn while POC focuses on the operational activities of the business. At the height of operations, PMC and POC owned and operated sixteen stores, the reduction of which was accomplished by sales of selected locations.

7. Financing for PMC and POC was fulfilled, in part, through the issuance of bonds by wholly owned subsidiaries of PMC. Bond fund issuances (the "Bond Funds") A-H were issued by the subsidiaries since May of 2000. The principal amount raised by Bond Funds B-H was approximately $29 million. The financing raised through the Bond Funds was transferred initially to PMC then to POC. The financing raised by the Bond Funds was primarily used for the operations of Southern Pawn. As such, PMC and POC are inextricably intertwined in the financing, management and operations of Southern Pawn.

8. As of March 1, 2011, the following lien holder asserted secured claims against PMC:

- Managed Money, Inc. asserted a lien against personal property located a 1045 Main Street, Dunedin, Florida 34698 securing a claim in the estimated amount of $250,000.

9. As of March 1, 2011, the following lien holders asserted secured claims against POC:

- Managed Money, Inc. asserted a lien against personal property located a 1045 Main Street, Dunedin, Florida 34698 in the amount of $250,000;

- Legacy Equity Fund, Inc. asserted a lien against, personal property of the Debtors located at 29661 US Highway 19 N, Clearwater, FL 33761 securing a claim in the amount of $1,500,000;

- Internal Revenue Service asserted a lien against POC in the amount of

$53,515.86 securing a claim in the amount of $1,265,191.71;

- Jemet Holdings, LLC, as agent for Bondholders of PMC Income Fund Series C-H, asserted a lien against personal property securing a claim of the six bond funds with an aggregate total of approximately $28,811,921.

10. There are no other liens, claims or encumbrances against PMC or POC except for 2011 ad valorem property taxes.

11. On the Petition Date, PMC and POC had a balance of approximately $66,221.55 of operating funds on hand.

### Use of Cash Collateral Requested

12. Debtors have prepared cash flow projections in monthly budget increments beginning March 2, 2011 and ending September 2, 2011. Such projections are set forth on the Six Month Cash Budget (the "Six Month Budget") attached hereto and incorporated herein as Exhibit "A". The Six Month Budget projects gross profit of $1,055,000 from monthly operations during the six month period at an average of $175,833 per month.

13. Expenses anticipated to be incurred by the Debtors are likewise detailed on the Six Month Budget and are projected at a total of $957,779 and at an average of $159,630 on a monthly basis.

14. Debtors propose to use the deposits which were on hand on the Petition Date, together with money received from operations (collectively, the "Cash Collateral"), to fund post-petition operations.

15. Satisfaction of the monthly expenses is necessary in order to preserve the Debtors' Estates for the benefit of Managed Money, Inc., Legacy Equity Fund, Inc., the Internal Revenue

Service, and Jemet Holdings, LLC (the "Secured Creditors") and must be satisfied in order to avoid immediate and irreparable harm to the estate.

### Immediate and Continuing Need for Use of Cash Collateral

16. In order to continue operations post-petition, Debtors must maintain Southern Pawn and its operations and satisfy ordinary expenses of post-petition operations as detailed in the Budget and the Critical Budget ("Critical Budget") attached hereto and incorporated herein as Exhibit "B".

17. If Debtors are unable to fund post-petition operations, the value of Southern Pawn will rapidly decline as customers display their dissatisfaction. The harm to the estate of the Debtors will be irreparable.

18. During the initial two week period following the Petition Date, Debtors project expenses of $106,179 which must be satisfied as set forth on the Critical Budget. Debtors assert use of Cash Collateral to satisfy the $106,179 in immediate expenses is necessary in order to avoid immediate and irreparable harm to the estate pending a final hearing.

19. Debtors have no other adequate source of financing other than the Cash Collateral identified herein.

### Statutory Predicate

20. Pursuant to the provisions of 363(c)(2) of the Bankruptcy Code:

> The trustee may not use, sell, or lease cash collateral under a paragraph (1) of this subsection unless -
> (A) each entity that has an interest in such cash collateral consents; or
> (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section.

11 U.S.C. § 363(c)(2).

## Relief Requested

21. Debtors seek authority to use Cash Collateral consistent with the Six Month Budget and Critical Budget attached hereto as Exhibits "A" and "B" on a preliminary and continuing basis.

22. Satisfaction of the monthly expenses is necessary in order to preserve Southern Pawn for the benefit of the Secured Creditors and other creditors of the estate and must be satisfied in order to avoid immediate and irreparable harm to the estate.

23. Debtors assert the use of Cash Collateral as proposed herein is in the best interest of the Debtors, the Secured Creditors and other creditors of the estates of the Debtors.

24. Further, Debtors believe the alleged interests of the Secured Creditors are adequately protected by the value of the property securing their claims.

25. As adequate protection for the interests of the Secured Creditors, the Debtors currently maintain and will continue to maintain appropriate insurance coverage at acceptable levels. Evidence of such insurance will be provided upon request.

26. As further adequate protection for the interests of the Secured Creditors, the Debtors propose to deposit and hold all funds from operations pre and post-petition in a debtor in possession account and to provide accountings with respect to Southern Pawn to the Secured Creditors on a monthly basis.

27. As further adequate protection for the interests of the Secured Creditors, the Debtors propose the extension of a continuing and replacement lien against all post-petition property of the estate. Such post-petition lien shall attach in the order of priority as established by the laws of the State of Texas or other applicable law. The Debtors make no admission as to the nature, extent or

In re Pawnshop Management Company, LLC, Debtor
In re Pawnshop Operating Company, LLC, Debtor
Motion for Preliminary and Continuing Authority to Use Cash Collateral - Page 6

validity of asserted pre-petition liens, claims, encumbrances, and other interests, and reserves the right to file appropriate objections and/or commence appropriate adversary proceedings as may be necessary and appropriate under the laws of the State of Texas, the Bankruptcy Code or other applicable law

28. Debtors assert that notice of a preliminary hearing on this Motion via the Court's ECF filing system together with regular First Class United States mail and email or fax service upon (a) the United States Trustee, (b) all parties asserting an interest in the Cash Collateral, (c) all parties having filed a notice of appearance, and (d) the 20 largest unsecured creditors is adequate under the circumstances.

**WHEREFORE, PREMISES CONSIDERED**, Debtors respectfully pray for authorization to use cash collateral as proposed herein on a preliminary and continuing basis and for such other and further relief, at law or in equity, to which the Debtors may be shown justly entitled.

Dated this the 2nd day of March, 2011.

Respectfully submitted,

GOODRICH POSTNIKOFF & ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone – 817.347.5261
Telecopy – 817.335.9411

By: /s/ Joseph F. Postnikoff
　　　Joseph F. Postnikoff
　　　State Bar No. 16168320
　　　Jpostnikoff@gpalaw.com
　　　Amanda B. Hernandez
　　　State Bar No. 24069911
　　　Ahernandez@gpalaw.com

PROPOSED COUNSEL FOR THE
DEBTORS IN POSSESSION

# CERTIFICATE OF CONFERENCE

I certify that immediately following commencement of the instant proceeding, I notified James Piot, representative for Managed Money via e-mail and voicemail, of the commencement of the instant proceeding and of the Debtors' intent to seek use of cash collateral on an expedited basis. James Piot has not returned my call or e-mail and it is assumed the subject motion is opposed.

I certify that immediately following commencement of the instant proceeding, I notified Richard Roark representative for Legacy Equity Fund, Inc., via e-mail and voicemail, of the commencement of the instant proceeding and of the Debtors' intent to seek use of cash collateral on an expedited basis. Richard Roark has not returned my call or e-mail and it is assumed the subject motion is opposed.

I certify that immediately following commencement of the instant proceeding, I notified Howard Borg, counsel for the Internal Revenue Service via e-mail and telephone, of the commencement of the instant proceeding and of the Debtors' intent to seek use of cash collateral on an expedited basis. Howard Borg has not returned my call or e-mail and it is assumed the subject motion is opposed.

I certify that immediately following commencement of the instant proceeding, I notified Mark Seigenbaum representative of Jemet Holdings, LLC via e-mail and telephone, of the commencement of the instant proceeding and of the Debtors' intent to seek use of cash collateral on an expedited basis. Mark Seigenbaum advised that Jemet Holdings, LLC had not engaged counsel and had not taken a position on this matter at this time.

/s/ Amanda B. Hernandez<br>
Amanda B. Hernandez

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of March, 2011, a copy of the foregoing Motion was served by first-class U.S. mail, postage prepaid on the persons named on the attached service list and in the manner indicated below:

Elizabeth Ziegler
Office of the United States Trustee
elizabeth.ziegler@usdoj.gov

Howard Borg
Office of the United States Attorney
howard.borg@usdoj.gov

Leo V. Carey
Internal Revenue Service
leo.v.carey@irs.gov

Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Ebcalvo@pbfcm.com

Mark Seigenbaum
Jemet Holdings, LLC
mnfpmc@aol.com

Richard Roark
Legacy Equity Fund, Inc.
Rroark104@aol.com

James Lester Piot
Managed Money, Inc.
Piotjl@yahoo.com


/s/ Joseph F. Postnikoff
Joseph F. Postnikoff

| | | |
|---|---|---|
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242 | Pawnshop Management Company, LLC<br>and Pawnshop Operating Company, LLC<br>7509 Chapel Avenue<br>Fort Worth, Texas 76116 | ADT Security<br>Post Office Box 371956<br>Pittsburgh, PA 15250 |
| Ambit Energy<br>Post Office Box 660462<br>Dallas, Texas 75266 | Thomas Anderson<br>4755 Chardonnay Drive<br>Coral Springs, Florida 33067 | Ashton Agency, Inc.<br>4100 Metric Drive<br>Winter Park, Florida 32793 |
| Attorney General<br>Main Justice Building, Room 511<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530 | Attorney General Texas<br>Offices of the Attorney General<br>300 W. 15th Street<br>Austin, Texas 78701 | AuldridgeGriffin<br>131 S. Westmeadow, Suite 200<br>Cleburne, Texas 76033 |
| Tomas Avis<br>5711 66th Avenue N.<br>Pinellas Park, Florida 33781 | Dennis R. Bedard<br>1717 N. Bayshore Drive, Suite 215<br>Miami, Florida 33132 | Blash, LLC<br>950 Missouri Avenue N., Suite C<br>Largo, Florida 33770 |
| Blash, LLC<br>c/o Johnson, Pope, Bokor, Ruppel &<br>Burns, LLP<br>Post Office Box 1100<br>Tampa, Florida 33601 | Bright House Networks<br>Post Office Box 30765<br>Tampa, Florida 33630 | Burrell Printing Company<br>901 Highway 685<br>Pflugerville, Texas 78660 |
| Theresa P. Burton<br>6633 67th Lane N.<br>Pinellas Park, Florida 33781 | Mark Anthony Cain<br>11785 8th Lane North, Apt. 6<br>St. Petersburg, Florida 33716 | Tina M. Carter<br>3735 66 Avenue N., Apt. A<br>Pinellas Park, Florida 33781 |
| Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins<br>& Mott, L.L.P.<br>Post Office Box 13430<br>Arlington, Texas 76094-0430 | Cintas Fire Protection<br>Post Office Box 636525<br>Cincinnati, Ohio 45236 | City of Dunedin<br>Utility Billing Dept.<br>Post Office Box 2039<br>Dunedin, Florida 34697 |
| City of Fort Worth Alarm Unit<br>1000 Throckmorton<br>Fort Worth, Texas 76102 | City of Pinellas Park<br>Post Office Box 1337<br>Pinellas Park, Florida 33780 | City of Pinellas Park<br>Building Development Division<br>Post Office Box 1100<br>Pinellas Park, Florida 33733 |
| City of St. Petersburg<br>Post Office Box 33034<br>St. Petersburg, Florida 33733 | City of St. Petersburg<br>Business Tax Division<br>Post Office Box 3953<br>St. Petersburg, Florida 33731 | Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>Post Office Box 13528<br>Austin, Texas 78711 |
| Data Age<br>10225 Ulmerton Road<br>Unit 10-A<br>Largo, Florida 33771 | Delaware Corporate Services, Inc.<br>1220 N. Market Street<br>Suite 850<br>Wilmington, Delaware 19801 | J B Donnelly<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>Tallahassee, Florida 32308 |

| | | |
|---|---|---|
| Justin A. Dye<br>4110 30th N.<br>St. Petersburg, Florida 33713 | ESU Inc.<br>3389 Brian Road South<br>Palm Harbor, Florida 34685 | EZCorp<br>1901 Capital Parkway<br>Austin, Texas 78746 |
| Federal Express<br>Post Office Box 660481<br>Dallas, Texas 75266 | Florida Attorney General<br>The Capitol PL-01<br>Tallahassee, Florida 32399-1050 | Florida Department of Agriculture<br>Post Office Box 6720<br>Tallahassee, Florida 32314 |
| Florida Department of Revenue<br>19337 US 19 North<br>Suite 200<br>Clearwater, Florida 33764 | Florida Department of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, Florida 32399 | Florida Workforce Commission<br>Agency for Workforce Innovation<br>107 E. Madison Street<br>Tallahassee, Florida 32399-4120 |
| Alina A. Gil<br>8473 Portulaca Avenue North<br>Largo, Florida 33777 | Kimberly Sowden Halpenny<br>4604 Kenway Court<br>Fort Worth, Texas 76132 | Micheal John Hanenberg<br>3210 Lake Pine Way East E-3<br>Tarpon Springs, Florida 34688 |
| Harris & Company Rental Escrow<br>c/o Marshall S. Harris<br>3005 S. R. 590, Suite 200<br>Clearwater, Florida 33759 | Harris Properties<br>3005 S. R. 590<br>Suite 200<br>Clearwater, Florida 33759 | Ann Nicholl Hassett<br>8473 Portulaca Avenue<br>Seminole, Florida 33777 |
| Idearc<br>Accounts Receivable Dept.<br>Post Office Box 6199009<br>DFW Airport, Texas 75261 | Phil Iovino<br>9146 Northwest 21st Street<br>Coral Springs, Florida 33071 | Internal Revenue Service<br>Austin, Texas 73301-0002 |
| Internal Revenue Service<br>Special Procedures Staff<br>Mail Code 5020-DAL<br>1100 Commerce Street, Room 9B8<br>Dallas, Texas 75242 | Jemet Holdings, LLC<br>535 Broadhollow Road<br>Suite A1A<br>Melville, NY 11747 | Ronald D. Keslar<br>2361 Sumatran Way 73<br>Clearwater, Florida 33763 |
| Leavengood, Nash, Dauval &<br>Boyle, P.A.<br>2958 First Avenue North<br>St. Petersburg, Florida 33713 | Legacy Equity Fund, Inc.<br>6209 Kenwick Avenue<br>Fort Worth, Texas 76116 | Lewis Brisbois Bisgaard & Smith<br>221 North Figueroa Street<br>Suite 1200<br>Los Angeles, CA 90012 |
| Philip John Lovino<br>2651 Concorde Court<br>Clearwater, Florida 33761 | Vinh P. Mai<br>5712 25th Avenue South<br>Gulfport, Florida 33707 | William Scott MacDougall<br>419 ½ Scotland Street<br>Dunedin, Florida 34698 |
| Victor A. Malo<br>879 2nd Avenue NE<br>Largo, Florida 33770 | Managed Money, Inc.<br>13455 Noel Road, Suite 1000<br>Dallas, Texas 75240 | Melco<br>Post Office Box 17039<br>Clearwater, Florida 33762 |

| | | |
|---|---|---|
| Michelle Gillette Mellon<br>4700 Westridge Avenue<br>Fort Worth, Texas 76116 | Michael Scott Milburn<br>4461 45th Avenue North<br>St. Petersburg, Florida 33714 | Sheridan Alexandra Miles<br>11785 8th Lane, Apt. 6, Bldg. 20<br>St. Petersburg, Florida 33716 |
| Stephen W. Mitchell<br>Post Office Box 310<br>Fort Worth, Texas 76101 | Mitchell Eugene Musgrove<br>4700 Westridge Boulevard<br>Fort Worth, Texas 76116 | Nicholas R. Naylor<br>912 Highland Avenue S.<br>Clearwater, Florida 33756 |
| Mark Neyland<br>7509 Chapel Avenue<br>Fort Worth, Texas 76116 | Ohio Casualty<br>Post Office Box 6486<br>Carol Stream, IL 60197 | Peachtree Business Checks & Forms<br>Post Office Box 910<br>Milton, Washington 98354 |
| Pinellas County Utilities<br>Post Office Box 31208<br>Tampa, Florida 33631 | Pinellas County Sheriff's Office<br>Sheriff's Alarm Registration<br>PO Drawer 2500<br>Largo, Florida 33779 | Pinellas Park Police Department<br>Accounting Division<br>Post Office Box 1100<br>Pinellas Park, Florida 33781 |
| James Lester Piot<br>5827 Portsmouth Lane<br>Dallas, Texas 75252 | Pitney Bowes Global Financial Services<br>Post Office Box 371887<br>Pittsburgh, PA 15250 | PMC Income Fund Series B, LLC and<br>PMC Income Fund Series C, LLC<br>c/o Delaware Corporate Services<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19899 |
| PMC Income Fund Series D, LLC<br>PMC Income Fund Series F, LLC<br>7509 Chapel Avenue<br>Fort Worth, Texas 76116 | PMC Income Fund Series E, LLC<br>c/o Mitch Musgrove, Registered Agent<br>625 N. Flagler Drive, Suite 509<br>West Palm Beach, Florida 33401 | PMC Income Fund Series G, LLC<br>c/o Corporate Legal Group, Plc,<br>Registered Agent<br>2161 Palm Beach Lakes Blvd., #215<br>West Palm Beach, Florida 33409 |
| PMC Income Fund Series H, Inc.<br>c/o Delaware Corporate Services<br>1220 N. Market Street, Suite 850<br>Wilmington, Delaware 19801 | Adrian Polk<br>86 Caldwaell Lane<br>Hoschton, Georgia 30548 | Betsy Price, Tax Assessor<br>Post Office Box 961018<br>Fort Worth, Texas 76161 |
| Earnest L. Price<br>5050 74th Street North, Apt. 2<br>St. Petersburg, Florida 33709 | Progress Energy Florida, Inc.<br>Post Office Box 33199<br>St. Petersburg, Florida 33733 | Purchase Power<br>Post Office Box 371874<br>Pittsburgh, PA 15250 |
| Dawn M. Reed<br>1172 Sunderland Lane<br>Fort Worth, Texas 76134 | Audrey M. Resop, Trustee<br>Resop Family Partnership<br>8041 Blind Pass Road<br>St. Pete Beach, Florida 33706 | Christopher Richards<br>936 Georgia Avenue, Unit B<br>Palm Harbor, Florida 34683 |
| Kevin J. Roe<br>571 Deville Drive E.<br>Largo, Florida 33771 | Russell C. Weigel, III, P.A.<br>5775 Blue Lagoon Drive, Suite 100<br>Miami, Florida 33126 | St. Petersburg Police Department<br>Central Cashier - Alarm Enforcement<br>Post Office Box 2842<br>St. Petersburg, Florida 33731 |

Maureen P. Smith
209 Somerset Lane
Palm Harbor, Florida 34684

SOI-30 of TX, Inc.
Strategic Outsourcing, Inc.
5260 Parkway Plaza Blvd.
Suite 140
Charlotte, NC 28217

Southern FL, LLC
c/o Johnson, Pope, Bokor, Ruppel &
Burns, LLP
Post Office Box 1100
Tampa, Florida 33601

Stanley Convergent Security
Solutions
Dept Ch 10651
Palatine, IL 60055

Stanley Security Solutions
55 Shuman Blvd., Suite 900
Naperville, Florida 60563

Staples Advantage
Dept DAL
Post Office Box 83689
Chicago, IL 60696

Sun Village
12300 Seminole Boulevard
Largo, Florida 33778

Sztamenits Family Ltd. Partnership
3500 McCart Avenue
Fort Worth, Texas 76110

Sztamenits Family Ltd. Partnership
921 N. Houston Street
Fort Worth, Texas 76107

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, Texas 78778

Trust Management, Inc.
Post Office Box 2288
Fort Worth, Texas 76113

Uline Shipping
2200 S. Lakeside Drive
Waukegan, IL 60085

United States Attorney
1100 Commerce Street
3rd Floor
Dallas, Texas 75242

Waste Management of Pinellas
Post Office Box 105453
Atlanta, Georgia 30348

Waste Management of Pinellas
3411 N. 40th Street
Tampa, Florida 33605

Wenzel Fenton Cabassa PA
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602

Richard J. Zorin II
5525 Gulfport Boulevard S.
Gulfport, Florida 33707