PMC/POC 6 month projection

| | | Mar-11 | | Apr-11 | | May-11 | | Jun-11 | | Jul-11 | | Aug-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loans | $ | 350,000 | $ | 375,000 | $ | 400,000 | $ | 410,000 | $ | 420,000 | $ | 425,000 |
| Inventory | $ | 320,000 | $ | 325,000 | $ | 330,000 | $ | 335,000 | $ | 340,000 | $ | 345,000 |
| | | | | | | | | | | | | |
| Merchandise Sales | $ | 235,000 | $ | 235,000 | $ | 235,000 | $ | 235,000 | $ | 235,000 | $ | 235,000 |
| Cost of Goods Sold | $ | 130,000 | $ | 130,000 | $ | 130,000 | $ | 130,000 | $ | 130,000 | $ | 130,000 |
| Profit on Sales | $ | 105,000 | $ | 105,000 | $ | 105,000 | $ | 105,000 | $ | 105,000 | $ | 105,000 |
| | | | | | | | | | | | | |
| Pawn Interest | $ | 75,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 |
| | | | | | | | | | | | | |
| Gross Profit | $ | 180,000 | $ | 175,000 | $ | 175,000 | $ | 175,000 | $ | 175,000 | $ | 175,000 |
| | | | | | | | | | | | | |
| Payroll | $ | 70,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 |
| Group Insurance | $ | 7,000 | $ | 7,000 | $ | 7,000 | $ | 7,000 | $ | 7,000 | $ | 7,000 |
| | | | | | | | | | | | | |
| Rent | $ | 22,500 | $ | 22,500 | $ | 22,500 | $ | 22,500 | $ | 22,500 | $ | 22,500 |
| Property Insurance | $ | 1,800 | $ | 1,800 | $ | 1,800 | $ | 1,800 | $ | 1,800 | $ | 1,800 |
| Property Taxes | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 |
| Utilities | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 |
| Phone | $ | 2,300 | $ | 2,300 | $ | 2,300 | $ | 2,300 | $ | 2,300 | $ | 2,300 |
| Security | $ | 600 | $ | 600 | $ | 600 | $ | 600 | $ | 600 | $ | 600 |
| Office Supplies | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 |
| Other expenses | $ | 10,000 | $ | 10,000 | $ | 10,000 | $ | 10,000 | $ | 10,000 | $ | 10,000 |
| | | | | | | | | | | | | |
| Total Expenses | $ | 121,200 | $ | 121,200 | $ | 121,200 | $ | 121,200 | $ | 121,200 | $ | 121,200 |
| | | | | | | | | | | | | |
| Store Profits | $ | 58,800 | $ | 53,800 | $ | 53,800 | $ | 53,800 | $ | 53,800 | $ | 53,800 |
| | | | | | | | | | | | | |
| Administration | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Rent | $ | 750 | $ | 750 | $ | 750 | $ | 750 | $ | 750 | $ | 750 |
| Phones | $ | 700 | $ | 700 | $ | 700 | $ | 700 | $ | 700 | $ | 700 |
| Postage | $ | 200 | $ | 200 | $ | 200 | $ | 200 | $ | 200 | $ | 200 |
| Utilities | $ | 500 | $ | 500 | $ | 500 | $ | 500 | $ | 500 | $ | 500 |
| Supplies | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 |
| Travel | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 |
| Other | $ | 3,000 | $ | 3,000 | $ | 3,000 | $ | 3,000 | $ | 3,000 | $ | 3,000 |
| | | | | | | | | | | | | |
| Mark Neyland | $ | 7,525 | $ | 7,525 | $ | 7,525 | $ | 7,525 | $ | 7,525 | $ | 7,525 |
| Mitch Musgrove | $ | 6,450 | $ | 6,450 | $ | 6,450 | $ | 6,450 | $ | 6,450 | $ | 6,450 |
| Michele Mellon | $ | 1,075 | $ | 1,075 | $ | 1,075 | $ | 1,075 | $ | 1,075 | $ | 1,075 |
| Kim Halpenny | $ | 2,270 | $ | 2,270 | $ | 2,270 | $ | 2,270 | $ | 2,270 | $ | 2,270 |
| Dawn Reed | $ | 4,300 | $ | 4,300 | $ | 4,300 | $ | 4,300 | $ | 4,300 | $ | 4,300 |
| Arian Polk | $ | 4,000 | $ | 2,150 | $ | 2,150 | $ | 2,150 | $ | 2,150 | $ | 2,150 |
| Phil Iovino | $ | 2,000 | $ | 1,075 | | | | | | | | |
| Office Payroll | $ | 27,620 | $ | 24,845 | $ | 23,770 | $ | 23,770 | $ | 23,770 | $ | 23,770 |
| Labor Load(taxes & Ins) | $ | 4,143 | $ | 3,727 | $ | 3,566 | $ | 3,566 | $ | 3,566 | $ | 3,566 |
| Office Payroll Total | $ | 31,763 | $ | 28,572 | $ | 27,336 | $ | 27,336 | $ | 27,336 | $ | 27,336 |
| | | | | | | | | | | | | |
| Total Administration | $ | 41,913 | $ | 38,722 | $ | 37,486 | $ | 37,486 | $ | 37,486 | $ | 37,486 |
| | | | | | | | | | | | | |
| Net Profit | $ | 16,887 | $ | 15,078 | $ | 16,314 | $ | 16,314 | $ | 16,314 | $ | 16,314 |
| Cumulative Profit | $ | 16,887 | $ | 31,964 | $ | 48,278 | $ | 64,592 | $ | 80,906 | $ | 97,220 |

EXHIBIT "A"

tabbies