PMC/POC Critical Budget

| | | |
|---|---|---:|
| Cash Budget | 3/1/2011 - 3/15/2011 | |
| Current Cash | | |
| PMC Chase | $ | 29,092 |
| POC Chase | $ | 4,504 |
| PMC BOA | $ | 12,057 |
| O/S Deposit-Scrap Gold | $ | 12,000 |
| Paypal | $ | 8,570 |
| Total Current Cash | $ | 66,222 |
| Deposits Week 1 | $ | 65,000 |
| Deposits Week 2 | $ | 60,000 |
| Total Cash Available | $ | 191,222 |
| Less: Expenses | | |
| Payroll Week 1 (Mar 9) | $ | 32,500 |
| Payroll Week 2 (Mar 16) | $ | 32,500 |
| Misc | $ | 5,000 |
| Utility Deposits | $ | 20,000 |
| Rents | | |
| Resop | $ | 4,280 |
| Sun Village | $ | 2,057 |
| Harris | $ | 9,092 |
| Blash | $ | - |
| Statzmentis | $ | 750 |
| Total Expenses | $ | 106,179 |
| Ending Cash Balance | $ | 85,793 |



EXHIBIT "B"