## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> David Morse <br> 4 Chickadee Way <br> Setauket, NY  11733 | | DATE INCURRED: <br> CONSIDERATION: <br> Bond Holder <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> Deana Welker <br> 132 Lone Oak Path <br> Smithtown, NY  11787 | | DATE INCURRED: <br> CONSIDERATION: <br> Bond Holder <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> Deborah A Daniele <br> 93 Desert Road <br> Freeport, ME  04032 | | DATE INCURRED: <br> CONSIDERATION: <br> Bond Holder <br> REMARKS: | X | X | X | $0.00 |
| ACCT #:  xx7002 <br> Delaware Corporate Services, Inc. <br> 1220 N. Market Street <br> Suite 850 <br> Wilmington, Delaware  19801 | | DATE INCURRED: <br> CONSIDERATION: <br> Open Account <br> REMARKS: | | | | $150.00 |
| ACCT #: <br> Denton Lewis <br> 912 Park St. <br> Monroe City, MO  63456 | | DATE INCURRED: <br> CONSIDERATION: <br> Bond Holder <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> Donald & Margaret Hughes <br> 114 Bentley Park Drive <br> Cleveland, TN  37312 | | DATE INCURRED: <br> CONSIDERATION: <br> Bond Holder <br> REMARKS: | X | X | X | $0.00 |

Sheet no.  10  of  53  continuation sheets attached to                             Subtotal >        $150.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                   Total >
                              (Use only on last page of the completed Schedule F.)
                  (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Donald C Tracey<br>2023 McIntosh Drive<br>Holland, OH 43528 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Donald Cody & Barbara Ustica<br>120 Roosevelt Avenue<br>Massapequa Park, NY 11762 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Donald Hooker<br>3104 Manchester Drive<br>Mesquite, TX 75150 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Donna Prima<br>2624 Santa Monica Blvd.<br>Odessa, TX 79763 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Dorothy Renshaw<br>John Renshaw<br>2506 Bona Road<br>Wilmington, DE 19810 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Dorothy S Decker<br>391 Old Silo Road<br>Orange, CT 06477 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __11__ of __53__ continuation sheets attached to                                  Subtotal >   $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                                Total >
                                                  (Use only on last page of the completed Schedule F.)
                                                  (Report also on Summary of Schedules and, if applicable, on the
                                                  Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Douglas & Barbara James<br>3605 Hickory Branch Trail<br>Suwanee, GA 30024 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Douglas & Rita Feinberg<br>15 Fox Lane<br>Dix Hills, NY 11746 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Earl & Gerda Olgletree<br>c/o Fellowship Community<br>241 Hungry Hollow Road<br>Chestnut Ridge, NY 10977 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Ed Puttick, Jr.<br>56 Shore Lane<br>Apt. #2B<br>Bay Shore, NY 11706 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Ed Puttick, Sr. & Sandra Puttick<br>4 Chickadee Way<br>E. Setauket, NY 11733 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Edith Hermann<br>104 Foster Avenue<br>Ronkonkama, NY 11779 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. **12** of **53** continuation sheets attached to                        Subtotal >   $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                             Total >
                         (Use only on last page of the completed Schedule F.)
                     (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Edward Puttick<br>222 Middle Country Road<br>Suite 209<br>Smithtown, NY 11787 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Edwin Baltazar<br>83-30 Vietor Avenue<br>#504<br>Elmhurst, NY 11373 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Elena Garrido<br>68 Cooked Road<br>Unit #34<br>Plainville, CT 06062 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Elizabeth McCullough<br>15215 Scenic Forest Drive<br>Conroe, TX 77384 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Elizabeth McCullough<br>15215 Scenic Forest Drive<br>Conroe, TX 77384 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Ellen Penna<br>134 Cassada Court<br>West Babylon, NY 11704 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __13__ of __53__ continuation sheets attached to                                Subtotal >    $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                           Total >
                               (Use only on last page of the completed Schedule F.)
                       (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Ellyn Ustica** <br> 3929 Lois Street <br> Winston Salem, NC  27127 | | DATE INCURRED: <br> CONSIDERATION: <br> **Bond Holder** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Eric Altmann** <br> 401 E. 84th Street <br> Apt. 11A <br> New York, NY  10028 | | DATE INCURRED: <br> CONSIDERATION: <br> **Bond Holder** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Eric or Donna Michel** <br> PO Box 232 - 706 D Street <br> Overton, NE  68863 | | DATE INCURRED: <br> CONSIDERATION: <br> **Bond Holder** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Erik Laba** <br> 13 Kates Turn <br> Oak Ridge, NJ  07438 | | DATE INCURRED: <br> CONSIDERATION: <br> **Bond Holder** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Eunice Riso** <br> 2020 E. Vassar <br> Visalia, CA  93292 | | DATE INCURRED: <br> CONSIDERATION: <br> **Bond Holder** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Evan Feigenbaum** <br> 611 Court North Drive <br> Melville, NY  11747 | | DATE INCURRED: <br> CONSIDERATION: <br> **Bond Holder** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. __14__ of __53__ continuation sheets attached to                                   Subtotal >      $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                              Total >
                                  (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Evelyn L Montgomery<br>2506 Bona Road<br>Wilmington, DE 19810 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #: xxxxx8098<br>Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266 | | DATE INCURRED:<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $54.35 |
| ACCT #:<br>Florence Bratton<br>2807 Teague<br>Apt 1258<br>Houston, TX 77080 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Foy E & Emily Sue Kirkland<br>9820 Cresswell Lane N<br>Jacksonville, FL 32221 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Francis F Klein<br>5809 S. Evanston<br>Tulsa, OK 74105 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Frank Miller<br>2402 Heather Road West<br>Wilmington, DE 19803 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __15__ of __53__ continuation sheets attached to                    Subtotal >      $54.35
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Fred O Cowman<br>1614 Steele Road<br>Wilmington, OH 45177 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Gail Gober<br>4383 N. Tennyson Street<br>Unit 3B<br>Denver, CO 80212 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>George & Janice Benton<br>1319 Ford Avenue N<br>Glencoe, MN 55336 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Gerald Scholl<br>497 Bronx River Road<br>Yonkers, NY 10704 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Gottfried Seidl<br>330 Emory Drive<br>Daytona Beach, FL 32118 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Gregory Danyliuk<br>Box 31<br>Sunset House, AB<br>Canada<br>T0H-3H0 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __16__ of __53__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Pawnshop Management Company, LLC**     Case No. **11-41326-DML-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>H. Clair Zimmerman<br>306 Grove Street<br>P.O. Box 247<br>Orwigsburg, PA 17961 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Harold & Louis Rush<br>7426 State Rte 13<br>Bellville, OH 44813 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Harold & Susie Morrison<br>3214 West Oaks Blvd.<br>Pearland, TX 77584 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Harold Moore<br>226 Elm Street<br>Silver Lake, WI 53170 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Harold Ziesmer<br>901 W. Tree Claim Rd.<br>Olivia, NY 56277 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Harry & Pamela Harwood<br>75 Henry Street<br>Apt. 13K<br>Brooklyn, NY 11201 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. **17** of **53** continuation sheets attached to     Subtotal >     $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Henry & Lois Smith<br>6800 Placida Road<br>Unit 211<br>Englewood, FL 34224 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Henry T Coffee<br>Bruno Family Living Trust<br>8 Lindencrest Drive<br>Danbury, CT 06811 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Hortensia Meltz<br>2778 Cranston Cir<br>Yorkville, IL 60560 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Howard and Janet Giese<br>1815 Judd Avenue<br>Glencoe, MN 55336 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>J Michael Renshaw<br>2608 Bradwood Road<br>Wilmington, DE 19810 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>James & Irene Foster<br>4939 Castle Road<br>Alexandria, OH 43001 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no.  18  of  53  continuation sheets attached to                                    Subtotal >     $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                          Total >
                                           (Use only on last page of the completed Schedule F.)
                                       (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>James & Sally Callahan<br>333 Cardinal Lane<br>Abilene, TX 79602 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>James Fortier<br>52 Roberts St<br>Woonsocket, RI 02895 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>James H Morey<br>326 E College<br>Granville, OH 43023 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>James H. Gibson<br>2100 N Fremont Blvd<br>Flagstaff, AZ 86001 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>James Kennemer<br>462 McMakin Rd<br>Bartonville, TX 76226 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>James Larkin<br>21 Via Barcelona<br>Moraga, CA 94556 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __19__ of __53__ continuation sheets attached to          Subtotal >          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                    Total >
                        (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                     Statistical Summary of Certain Liabilities and Related Data.)