B6G (Official Form 6G) (12/07)

In re **Pawnshop Management Company, LLC**   Case No. __11-41326-DML-11__
                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Audrey M. Resop, Trustee**<br>8041 Blind Pass Road<br>St. Petersburg, Florida 33706 | Lessee of nonresidential real property located at<br>7561 49th Street<br>Pinnellas Park, Florida 33781 |
| **Blash, LLC**<br>c/o Johnson, Pope, Bokor,<br>Ruppel & Burns, LLP<br>Post Office Box 1100<br>Tampa, Florida 33601 | Lessee of non-residential real property located at<br>1043-1045 Main Street<br>Dunedin, Florida 34698 |
| **Blash, LLC**<br>c/o Johnson, Pope, Bokor,<br>Ruppel & Burns, LLP<br>Post Office Box 1100<br>Tampa, Florida 33601 | Lessee of nonresidential real property located at<br>4545 4th Street<br>St. Petersburg, Florida 33703 |
| **Federal Express**<br>Post Office Box 660481<br>Dallas, Texas 75266 | Federal Express Delivery Contract<br>Kelly Wuestenfeld<br>kelly.wuestenfeld@fedex.com |
| **SOI-30 of TX, Inc.**<br>Strategic Outsourcing, Inc.<br>5260 Parkway Plaza Blvd.<br>Suite 140<br>Charlotte, NC 28217 | Payroll Company |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Stanley Security Solutions**<br>55 Shuman Blvd.<br>Suite 900<br>Naperville, IL 60563 | Security Service |
| **Sun Village, LLC**<br>12300 Seminole Boulevard<br>Largo, Florida 33778 | Lessee of nonresidential real property located at 12300 Seminole Boulevard, #4<br>Largo, Florida 33778 |
| **Sztamenits Family Ltd Partnership**<br>921 N. Houston Street<br>Fort Worth, Texas 76107 | Lessee of nonresidential real property located at 7509 Chapel Avenue,<br>Fort Worth, Texas 76116 |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pawnshop Operating Company, LLC**<br>7509 Chapel Avenue<br>Fort Worth, Texas 76116 | **Managed Money, Inc.**<br>13455 Noel Road, Suite 1000<br>Dallas, Texas 75240 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Pawnshop Management Company, LLC**　　　　　　　　Case No. **11-41326-DML-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **68** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __3/15/2011__　　　　Signature _/s/ Mitch Musgrove_
　　　　　　　　　　　　　　　　**Mitch Musgrove**
　　　　　　　　　　　　　　　　**Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.