Joseph F. Postnikoff
State Bar No. 16168320
Amanda B. Hernandez
State Bar No. 24069911
GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411

PROPOSED COUNSEL FOR THE DEBTORS IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 11-41326-DML-11 |
| | § | (Jointly Administered) |
| PAWNSHOP MANAGEMENT | § | |
| COMPANY, LLC, *et al.*, | § | In Proceedings Under Chapter 11 |
| | § | |
| Debtors. | § | Hearing Set: April 28, 2011 at 1:30 p.m. |

**MOTION FOR APPROVAL OF EMPLOYMENT OF LAW OFFICE OF STEPHEN W. MITCHELL AS SPECIAL COUNSEL TO DEBTORS IN POSSESSION**

IMPORTANT NOTICE

A HEARING ON THIS MOTION WILL BE CONDUCTED ON APRIL 28, 2011 AT 1:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT OF THE HONORABLE D. MICHAEL LYNN, 501 WEST 10TH STREET, FORT WORTH, TEXAS 76102

ANY OBJECTION MUST BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT ON OR BEFORE APRIL 14, 2011, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

IF NO OBJECTION TO THIS MOTION IS TIMELY FILED, THE RELIEF REQUESTED HEREIN SHALL BE DEEMED TO BE UNOPPOSED.

TO THE HONORABLE D. MICHAEL LYNN, UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Pawnshop Management Company, LLC and Pawnshop Operating Company,

LLC, the Debtors in Possession in the referenced Chapter 11 bankruptcy proceedings (jointly referred to hereinafter as "Debtors"), and file this Motion for Approval of Employment of Law Office of Stephen W. Mitchell as Special Counsel to Debtors in Possession (the "Motion"), and in support thereof would respectfully show unto the Court as follows:

## Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and § 1334 as well as 11 U.S.C. §§ 327 and 1107. This is a core proceeding pursuant to §§ 157(b)(2)(A), (M) and (O).

## Bankruptcy

2. Pawnshop Management Company, LLC ("PMC") filed a Voluntary Petition for relief under chapter 11 of the United States Bankruptcy Code on March 1, 2011 thereby commencing case number 11-41326-DML-11. PMC has continued to operate as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Pawnshop Operating Company, LLC ("POC"), an affiliate of PMC, filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code on March 1, 2011 thereby commencing case number 11-41327-RFN-11. POC has continued to operate as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

## Background

4. At the time of the commencement of subject bankruptcy proceedings, there was pending in the 116th Judicial District Court of Dallas County, Texas under Cause No. DC-06-11701 post judgment discovery in the matter styled *Pawnshop Management Company, LLC and Pawnshop Operating Company, LLC, v. Joe Bob Wilcoxson d/b/a Paul's Pawnshop* (the "Judgment").

5. The Judgment was from a summary judgment awarded December 28, 2007 granting

PMC and POC judgment for $17,500.00 plus $7,250.00 in attorneys fees, cost of court and pre-judgment interest entered January 22, 2008.

6. In order to prosecute and later to collect on the Judgment, Debtors had, prior to the commencement of the bankruptcy proceeding, engaged the services of the Law Office of Stephen W. Mitchell ("Mitchell") on an hourly basis. While the Judgment was final prior to the Petition Date, in an attempt to collect on the Judgment post judgment discovery was sent to the Defendant Joe Bob Wilcoxson d/b/a Paul's Pawnshop (the "Defendant"). At this point in time, a show cause hearing on the Defendant's failure to respond to post judgment discovery is set for Thursday, April 7, 2011 at 11:00 a.m.

## Engagement of Special Counsel

7. Following the commencement of the instant chapter 11 bankruptcy cases, Debtors filed their Motion seeking approval and authorization to employ the law firm of Goodrich Postnikoff & Albertson, LLP as general bankruptcy counsel in connection with these bankruptcy proceedings.

8. Section 327(e) of the United States Bankruptcy Code, provides as follows:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold an interest adverse to the debtor or the estate with respect to the matter on which such attorney is to be employed.

9. Debtors are in need of counsel to represent their interests in connection with the collection of the Judgment. It appears to Debtors that Mitchell is best situated to continue collection efforts of the Judgment on behalf of the subject bankruptcy estates.

10. Mitchell maintains its offices at 2315 N. Main, Suite 300, Fort Worth, Texas 76101.

11. Mitchell has previously represented Debtors in connection with the Judgment and is intimately familiar with the matters of fact and law which are involved therein.

12. Mitchell has not yet been fully compensated for all services rendered and anticipated to be rendered in connection with the subject proceeding. Mitchell has provided and will continue to provide legal services at an hourly rate of $300.00. The amount outstanding for services rendered to the Debtors by Mitchell is $2,107.00.

13. Mitchell does not represent or hold an interest adverse to the Debtors or the estates of the Debtors with respect to the matter on which Mitchell is proposed to be employed. The Affidavit of Stephen W. Mitchell concerning the qualifications and disinterestedness of the Law Office of Stephen W. Mitchell is attached hereto and incorporated herein as Exhibit "A".

14. The employment of the Law Office of Stephen W. Mitchell on the terms and conditions contained herein is in the best interests of the estate and should be approved.

**WHEREFORE, PREMISES CONSIDERED**, Pawnshop Management Company, LLC and Pawnshop Operating Company, LLC, the Debtors in Possession herein, respectfully pray for an Order of this Court authorizing Debtors to retain the Law Office of Stephen W. Mitchell, as special counsel, effective as of the Petition Date, to provide necessary services in this case and for such other and further relief, at law or in equity, to which the Debtors may be shown justly entitled.

Dated this the 24th day of March, 2011.

**In re Pawnshop Management Company, LLC, *et al.*, Debtors**
**Motion for Approval of Employment of Law Office of Stephen W. Mitchell as Special Counsel to Debtors in Possession - Page 4**

Respectfully submitted,

GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone – 817.347.5261
Telecopy – 817.335.9411


By: /s/ Joseph F. Postnikoff
    Joseph F. Postnikoff
    State Bar No. 16168320
    Amanda B. Hernandez
    State Bar No. 24069911

PROPOSED COUNSEL FOR THE
DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2011, a copy of the foregoing Motion was served by first-class U.S. mail, postage prepaid on the persons named below and on the attached service list:

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Mr. Stephen W. Mitchell
Law Office of Stephen W. Mitchell
P.O. Box 310
Fort Worth, Texas 76101


        /s/ Joseph F. Postnikoff
        Joseph F. Postnikoff

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Pawnshop Management Company, LLC
and Pawnshop Operating Company, LLC
7509 Chapel Avenue
Fort Worth, Texas 76116

ADT Security
Post Office Box 371956
Pittsburgh, PA 15250

Ambit Energy
Attn: Kristine Bates
1801 N. Lamar, Suite 200
Dallas, Texas 75202

Thomas Anderson
4755 Chardonnay Drive
Coral Springs, Florida 33067

Ashton Agency, Inc.
4100 Metric Drive
Winter Park, Florida 32793

Attorney General
Main Justice Building, Room 511
10th & Constitution Avenue, N.W.
Washington, DC 20530

Attorney General Texas
Offices of the Attorney General
300 W. 15th Street
Austin, Texas 78701

AuldridgeGriffin
131 S. Westmeadow, Suite 200
Cleburne, Texas 76033

Tomas Avis
5711 66th Avenue N.
Pinellas Park, Florida 33781

Dennis R. Bedard
1717 N. Bayshore Drive, Suite 215
Miami, Florida 33132

Blash, LLC
950 Missouri Avenue N., Suite C
Largo, Florida 33770

Blash, LLC
c/o Johnson, Pope, Bokor, Ruppel &
Burns, LLP
Post Office Box 1100
Tampa, Florida 33601

Bright House Networks
Post Office Box 30765
Tampa, Florida 33630

Burrell Printing Company
901 Highway 685
Pflugerville, Texas 78660

Theresa P. Burton
6633 67th Lane N.
Pinellas Park, Florida 33781

Mark Anthony Cain
11785 8th Lane North, Apt. 6
St. Petersburg, Florida 33716

Tina M. Carter
3735 66 Avenue N., Apt. A
Pinellas Park, Florida 33781

Cintas Fire Protection
Post Office Box 636525
Cincinnati, Ohio 45236

City of Dunedin
Utility Billing Dept.
Post Office Box 2039
Dunedin, Florida 34697

City of Fort Worth Alarm Unit
1000 Throckmorton
Fort Worth, Texas 76102

City of Pinellas Park
Post Office Box 1337
Pinellas Park, Florida 33780

City of Pinellas Park
Building Development Division
Post Office Box 1100
Pinellas Park, Florida 33733

City of St. Petersburg
Attn: Lynn Stump
Post Office Box 33034
St. Petersburg, Florida 33733

City of St. Petersburg
Business Tax Division
Post Office Box 3953
St. Petersburg, Florida 33731

Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
Post Office Box 13528
Austin, Texas 78711

Data Age
10225 Ulmerton Road
Unit 10-A
Largo, Florida 33771

Delaware Corporate Services, Inc.
1220 N. Market Street
Suite 850
Wilmington, Delaware 19801

J B Donnelly
Messer, Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, Florida 32308

Justin A. Dye
4110 30th N.
St. Petersburg, Florida 33713

ESU Inc.
3389 Brian Road South
Palm Harbor, Florida 34685

EZCorp
1901 Capital Parkway
Austin, Texas 78746

Federal Express
Post Office Box 660481
Dallas, Texas 75266

Florida Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050

Florida Department of Agriculture
Post Office Box 6720
Tallahassee, Florida 32314

Florida Department of Revenue
19337 US 19 North
Suite 200
Clearwater, Florida 33764

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, Florida 32399

Florida Workforce Commission
Agency for Workforce Innovation
107 E. Madison Street
Tallahassee, Florida 32399-4120

Alina A. Gil
8473 Portulaca Avenue North
Largo, Florida 33777

Kimberly Sowden Halpenny
4604 Kenway Court
Fort Worth, Texas 76132

Micheal John Hanenberg
3210 Lake Pine Way East E-3
Tarpon Springs, Florida 34688

Harris & Company Rental Escrow
c/o Marshall S. Harris
3005 S. R. 590, Suite 200
Clearwater, Florida 33759

Harris Properties
3005 S. R. 590
Suite 200
Clearwater, Florida 33759

Ann Nicholl Hassett
8473 Portulaca Avenue
Seminole, Florida 33777

Idearc
Accounts Receivable Dept.
Post Office Box 6199009
DFW Airport, Texas 75261

Phil Iovino
9146 Northwest 21st Street
Coral Springs, Florida 33071

Philip John Iovino
2651 Concorde Court
Clearwater, FL 33761

Internal Revenue Service
Austin, Texas 73301-0002

Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce Street, Room 9B8
Dallas, Texas 75242

Jemet Holdings, LLC
535 Broadhollow Road
Suite A1A
Melville, NY 11747

Ronald D. Keslar
2361 Sumatran Way 73
Clearwater, Florida 33763

Leavengood, Nash, Dauval &
Boyle, P.A.
2958 First Avenue North
St. Petersburg, Florida 33713

Legacy Equity Fund, Inc.
6209 Kenwick Avenue
Fort Worth, Texas 76116

Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Matthew G. Maben
Forshey & Prostok, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102

Vinh P. Mai
5712 25th Avenue South
Gulfport, Florida 33707

William Scott MacDougall
419 ½ Scotland Street
Dunedin, Florida 34698

Victor A. Malo
879 2nd Avenue NE
Largo, Florida 33770

Managed Money, Inc.
13455 Noel Road, Suite 1000
Dallas, Texas 75240

Melco
Post Office Box 17039
Clearwater, Florida 33762

Michelle Gillette Mellon
4700 Westridge Avenue
Fort Worth, Texas 76116

Michael Scott Milburn
4461 45th Avenue North
St. Petersburg, Florida 33714

Sheridan Alexandra Miles
11785 8th Lane, Apt. 6, Bldg. 20
St. Petersburg, Florida 33716

Stephen W. Mitchell
Post Office Box 310
Fort Worth, Texas 76101

Mitchell Eugene Musgrove
4700 Westridge Boulevard
Fort Worth, Texas 76116

Nicholas R. Naylor
912 Highland Avenue S.
Clearwater, Florida 33756

Mark Neyland
7509 Chapel Avenue
Fort Worth, Texas 76116

Ohio Casualty
Post Office Box 6486
Carol Stream, IL 60197

Peachtree Business Checks & Forms
Post Office Box 910
Milton, Washington 98354

Pinellas County Utilities
Post Office Box 31208
Tampa, Florida 33631

Pinellas County Sheriff's Office
Sheriff's Alarm Registration
PO Drawer 2500
Largo, Florida 33779

Pinellas Park Police Department
Accounting Division
Post Office Box 1100
Pinellas Park, Florida 33781

James Lester Piot
5827 Portsmouth Lane
Dallas, Texas 75252

Pitney Bowes Global Financial
Services
Post Office Box 371887
Pittsburgh, PA 15250

PMC Income Fund Series B, LLC and
PMC Income Fund Series C, LLC
c/o Delaware Corporate Services
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899

PMC Income Fund Series D, LLC
PMC Income Fund Series F, LLC
7509 Chapel Avenue
Fort Worth, Texas 76116

PMC Income Fund Series E, LLC
c/o Mitch Musgrove, Registered Agent
625 N. Flagler Drive, Suite 509
West Palm Beach, Florida 33401

PMC Income Fund Series G, LLC
c/o Corporate Legal Group, Plc,
Registered Agent
2161 Palm Beach Lakes Blvd., #215
West Palm Beach, Florida 33409

PMC Income Fund Series H, Inc.
c/o Delaware Corporate Services
1220 N. Market Street, Suite 850
Wilmington, Delaware 19801

Adrian Polk
86 Caldwaell Lane
Hoschton, Georgia 30548

Betsy Price, Tax Assessor
Post Office Box 961018
Fort Worth, Texas 76161

Earnest L. Price
5050 74th Street North, Apt. 2
St. Petersburg, Florida 33709

Progress Energy Florida, Inc.
Post Office Box 33199
St. Petersburg, Florida 33733

Purchase Power
Post Office Box 371874
Pittsburgh, PA 15250

Dawn M. Reed
1172 Sunderland Lane
Fort Worth, Texas 76134

Audrey M. Resop, Trustee
Resop Family Partnership
8041 Blind Pass Road
St. Pete Beach, Florida 33706

Christopher Richards
936 Georgia Avenue, Unit B
Palm Harbor, Florida 34683

Kevin J. Roe
571 Deville Drive E.
Largo, Florida 33771

Russell C. Weigel, III, P.A.
5775 Blue Lagoon Drive, Suite 100
Miami, Florida 33126

St. Petersburg Police Department
Central Cashier - Alarm Enforcement
Post Office Box 2842
St. Petersburg, Florida 33731

Maureen P. Smith
209 Somerset Lane
Palm Harbor, Florida 34684

SOI-30 of TX, Inc.
Strategic Outsourcing, Inc.
5260 Parkway Plaza Blvd.
Suite 140
Charlotte, NC 28217

Southern FL, LLC
c/o Johnson, Pope, Bokor, Ruppel &
Burns, LLP
Post Office Box 1100
Tampa, Florida 33601

Stanley Convergent Security
Solutions
Dept Ch 10651
Palatine, IL 60055

Stanley Security Solutions
55 Shuman Blvd., Suite 900
Naperville, Florida 60563

Staples Advantage
Dept DAL
Post Office Box 83689
Chicago, IL 60696

Sun Village
12300 Seminole Boulevard
Largo, Florida 33778

Sztamenits Family Ltd. Partnership
3500 McCart Avenue
Fort Worth, Texas 76110

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, Texas 78778

Trust Management, Inc.
Post Office Box 2288
Fort Worth, Texas 76113

Uline Shipping
2200 S. Lakeside Drive
Waukegan, IL 60085

United States Attorney
1100 Commerce Street
3rd Floor
Dallas, Texas 75242

Waste Management of Pinellas
Post Office Box 105453
Atlanta, Georgia 30348

Waste Management of Pinellas
3411 N. 40th Street
Tampa, Florida 33605

Wenzel Fenton Cabassa PA
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602

Richard J. Zorin II
5525 Gulfport Boulevard S.
Gulfport, Florida 33707